AGNES M. McAVOY, Appellant, *v.* JOSEPH P. McAVOY, Respondent.

Submitted October 4, 1948; decided October 21, 1948.

*Richard L. Wolf* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellant files and serves an undertaking on appeal and pays $10 costs within ten days, in which event motion denied.